## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO


**UNITED STATES OF AMERICA**

    **vs.**                  **CASE NO. 3:99CR344-04(PG)**

**LUIS M. VAZQUEZ-OTERO**
**a.k.a. "Pipa"**
**\* \* \* \* \* \* \* \* \* \* \* \***


## MOTION NOTIFYING VIOLATION OF CONDITIONS
## OF RELEASE AND REQUESTING WRITTEN REPRIMAND

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Luis M. Vázquez-Otero, who on June 1, 2001, was sentenced to sixty (60) months of imprisonment after he was convicted of violating 21 U.S.C. § 846. A supervised release term of four (4) years was imposed with the special conditions of drug testing/treatment, and psychiatric and/or psychological evaluation/treatment, if necessary. A special monetary assessment in the amount of $100 was also imposed. On May 27, 2003, the offender was released from custody at which time the supervision term imposed commenced.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Since his release from custody, the offender has violated the following supervision condition:

**1.  CONDITION NO. 4 – "THE DEFENDANT SHALL SUPPORT HIS OR HER DEPENDENTS AND MEET OTHER FAMILY RESPONSIBILITIES."**

On October 4, 2005, the offender appeared on a Show Cause Hearing for a civil matter at the Bayamon Superior Court in connection with an outstanding child support debt, to wit: $1,775.02. At said hearing, he was taken into custody as he was unable to satisfy the balance of same. On October 7, 2005, the offender's family and his wife were able to obtain said money and it was deposited at the Bayamon Judicial Center. The following day, the offender was released from custody.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct, and as the offender had been in compliance with his conditions of release until recently, and we will continue to monitor this issue, it is respectfully requested, that at this time, he be issued a written reprimand. Should he violate any other condition, the Court will be notified. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 8th day of November 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 8, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruiz-Santiago, Assistant U.S. Attorney, and Luis R. Rivera-Rodríguez, Esq.

In San Juan, Puerto Rico, this 8th day of November 2005.

<u>s/Martin De Santiago</u>
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov