IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                  CASE NO 3:99CR00344-04 (PG)

LUIS M. VAZQUEZ-OTERO
a.k.a. "Pipa"
* * * * * * * * * * * * * * * *

### INFORMATIVE MOTION

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW,** Martín De Santiago, Senior U.S. Probation Officer of this Honorable Court, and respectfully informing that on July 7, 2006, Mr. Vázquez-Otero died while asleep as a result of respiratory problems. The offender was serving a supervised release term of four (4) years at the time of his death.

    **WHEREFORE**, the undersigned respectfully notifies the Court that this case is being closed.

    In San Juan, Puerto Rico, this day 17th of July 2006.

                                                    Respectfully submitted,

                                                    EUSTAQUIO BABILONIA, CHIEF
                                                    U.S. PROBATION OFFICER

                                                    s/Martín De Santiago
                                                    Martín De Santiago
                                                    Senior U.S. Probation Officer
                                                    Federal Office Building Room 400
                                                    150 Chardon Avenue
                                                    San Juan, P.R. 00918-1741
                                                    Tel. 787-766-5860
                                                    Fax 787-766-5945
                                                    E-mail: martin_de_santiago@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 17, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruiz-Santiago, Assistant U.S. Attorney, and Luis Rafael Rivera-Rodriguez, Esq.

In San Juan, Puerto Rico, this 17th day of July 2006.

        s/Martín De Santiago
        Martín De Santiago
        Senior U.S. Probation Officer
        Federal Office Building Room 400
        150 Chardon Avenue
        San Juan, P.R. 00918-1741
        Tel. 787-766-5860
        Fax 787-766-5945
        E-mail: martin_de_santiago@prp.uscourts.gov

MDS/